FILED
JUL -9 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25 CR 339 |
| JEROME FIELDS, | ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | |

JUDGE BARKER

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about December 23, 2024, in the Northern District of Ohio, Eastern Division, Defendant JEROME FIELDS, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Aggravated Robbery, on or about June 29, 2020, in case number 19CR101407, in Lorain County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: an ABC Rifle Company, model ABC-15Z, .300 Blackout caliber pistol, bearing serial number ABC15Z-01259, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2.  For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant JEROME FIELDS shall forfeit to the United States any and all firearms involved in or used in the commission of the violation charged in Count 1; including, but not limited to, the following: an ABC Rifle Company, model ABC-15Z, .300 Blackout caliber pistol, bearing serial number ABC15Z-01259.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.